Dismissed and Opinion Filed November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01512-CR
No. 05-12-01513-CR
No. 05-12-01514-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Troy Lee Perkins pleaded guilty to three aggravated robbery offenses. Based on plea agreements, punishment was assessed in each case at imprisonment for twelve years. Sentence was imposed in open court on January 7, 2008. Appellant did not appeal his convictions at that time. On November 1, 2012, appellant filed a pro se notice of appeal in these cases. Appellant's notice of appeal is untimely as to the January 7, 2008 convictions. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeals for want of jurisdiction.

MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121512F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-12-01512-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District
Court of Dallas County, Texas (Trial Court
No. F07-71769-S).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

    Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 28, 2012.

_____

MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-12-01513-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Trial Court No. F07-71970-S).
Opinion delivered by Justice Francis, Justices Moseley and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 28, 2012.

MOLLY FRANCIS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-12-01514-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Trial Court No. F07-71990-S).
Opinion delivered by Justice Francis, Justices Moseley and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 28, 2012.

_____
MOLLY FRANCIS
JUSTICE